FILED

AUG 04 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**RICHARD LEE HELLMAN**,<br><br>Defendant - Appellee. | No. 09-50173<br><br>D.C. No. 2:06-cr-00754-RMT-1<br><br>**MEMORANDUM**[*] |

Appeal from the United States District Court
for the Central District of California
Robert M. Takasugi, District Judge, Presiding

Submitted August 2, 2010[**]
Pasadena, California

Before: **KOZINSKI**, Chief Judge, **REINHARDT**, Circuit Judge and **WHYTE**, District Judge.[***]

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

[***]    The Honorable Ronald M. Whyte, Senior United States District Judge for the Northern District of California, sitting by designation.

The government failed to object below and hasn't shown a "reasonable probability that [Hellman] would have received a different sentence but for the district court's error." United States v. Gonzalez-Zotelo, 556 F.3d 736, 741 (9th Cir. 2009).

**AFFIRMED.**